# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

**FILED**
12/07/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF __INDIANA__

(Full name of plaintiff(s))

__SEE ATTACHED PLEASE__

vs

(Full name of defendant(s))

__SEE ATTACHED PLEASE__

Case Number:

2:20-cv-653-JRS-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __INDIANA__, and is located at
   (State)

   __201 CHERRY ST. TERRE HAUTE, INDIANA 47807__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **SEE ATTACHED**
   (Name)

is (if a person or private corporation) a citizen of **SEE ATTACHED**
(State, if known)

and (if a person) resides at **SEE ATTACHED**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **SEE ATTACHED**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

**SEE ATTACHED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TERRYON M. GOLLIDAY
PLAINTIFF

V.                                           CASE NUMBER

MARGARET SUSAN HILL                          2:20-cv-653-JRS-MJD

ANTHONY MAZZON

ADAM NOEL

ALAN JAMES

JIMMIE RICHARDSON

C. CARRERA

SCOTT MARSHALL

TODD HALLER

MATTHEW RAINS

BRIAN BOURBEAU

KEVIN BARRETT

K. REDMAN

K. MERRITT

CITY OF TERRE HAUTE
                DEFENDANTS

PRISONER COMPLAINT (42 U.S.C. 1983):

COME NOW PLAINTIFF, TERRYON M. GOLLIDAY IN PRO PERSONA BEGINS THIS PRISONER COMPLAINT PURSUANT TO 42 U.S.C. 1983 AGAINST THE NAMED DEFENDANTS ABOVE, AND EACH DEFENDANT IS BEING SUED IN THEIR "INDIVIDUAL CAPACITY" WITHIN THIS LAW

1

SUIT FOR VIOLATING PLAINTIFF'S FEDERAL CONSTITUTIONAL RIGHTS 14TH AMENDMENT DUE PROCESS.

PLAINTIFF TERRYON M. GOLLIDAY WILL STATE THE FOLLOWING BELOW:

A. PARTIES:

1. PLAINTIFF: TERRYON M. GOLLIDAY IS A CITIZEN OF INDIANA AND IS LOCATED AT 201 CHERRY STREET, TERRE HAUTE, INDIANA 47807

2. DEFENDANT: MARGARET SUSAN HILL IS A CITIZEN OF INDIANA AND IS LOCATED AT 1200 S. CENTER ST., TERRE HAUTE, INDIANA 47807

3. DEFENDANT: ANTHONY MAZZON IS A CITIZEN OF INDIANA AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT, LOCATED AT 1211 WABASH AVE. TERRE HAUTE, INDIANA 47807

4. DEFENDANT: ADAM NOEL IS A CITIZEN OF INDIANA AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT, LOCATED AT 1211 WABASH AVE., TERRE HAUTE, INDIANA 47807

5. DEFENDANT ALAN JAMES IS A CITIZEN OF INDIANA, AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT, LOCATED AT 1211 WABASH AVE. TERRE HAUTE, INDIANA 47807.

A. PARTIES CONTINUED

6. DEFENDANT: JIMMIE RICHARDSON IS A CITIZEN OF INDIANA, AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT LOCATED AT 1211 WABASH AVE., TERRE HAUTE, INDIANA 47807

7. DEFENDANT: C. CARRERA IS A CITIZEN OF INDIANA, AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT LOCATED AT 1211 WABASH AVE., TERRE HAUTE, INDIANA 47807

8. DEFENDANT: SCOTT MARSHALL IS A CITIZEN OF INDIANA, AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT AT 1211 WABASH AVE, TERRE HAUTE, INDIANA 47807

9. DEFENDANT: TODD HALLER IS A CITIZEN OF INDIANA, AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT LOCATED AT 1211 WABASH AVE., TERRE HAUTE, INDIANA 47807

10. DEFENDANT: MATTHEW RAINS IS A CITIZEN OF INDIANA, AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT LOCATED AT 1211 WABASH AVE. TERRE HAUTE, INDIANA 47807

11. DEFENDANT: BRIAN BOURBEAU IS A CITIZEN OF INDIANA AND IS AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT LOCATED

A. PARTIES CONTINUED:

11. AT 1211 WABASH AVE., TERRE HAUTE, INDIANA 47807

12. DEFENDANT: KEVIN BARRETT IS A CITIZEN OF INDIANA AND AN EMPLOYEE OF THE TERRE HAUTE POLICE DEPARTMENT LOCATED AT 1211 WABASH AVE., TERRE HAUTE, INDIANA 47804

13. DEFENDANT: K. REDMAN IS A CITIZEN OF INDIANA AND AN EMPLOYEE OF THE VIGO COUNTY CENTRAL DISPATCH, LOCATED AT 201 CHERRY ST., TERRE HAUTE, INDIANA 47807

14. DEFENDANT: K. MERRITT IS A CITIZEN OF INDIANA AND AN EMPLOYEE OF THE VIGO COUNTY CENTRAL DISPATCH, LOCATED AT 201 CHERRY ST., TERRE HAUTE, INDIANA 47807

15. DEFENDANT: CITY OF TERRE HAUTE, RESIDES IN THE COUNTY OF VIGO, AND THE STATE OF INDIANA, AND IS LOCATED AT 17 HARDING AVE, TERRE HAUTE, INDIANA 47807

B. STATEMENT OF CLAIMS:

1. DEFENDANT: MARGARET SUSAN HILL ON 24 MAY 2020 AT 13:14 HOURS (1:14 P.M.) AT 1200 S. CENTER STREET TERRE HAUTE,

B. STATEMENT OF CLAIMS CONTINUED:

1. INDIANA ACTED IN A MANNER THAT CAUSE; SEE STATEMENT OF CLAIMS TO CAUSES AND CRIMES. ON 24 MAY 2020 7:25 P.M. DEFENDANT MARGARET SUSAN HILL COMMITTED ACTIONS TO CONSPIRE WITH CO-DEFENDANTS JIMMIE RICHARDSON AND C CAR- RERA THAT ENHANCES "THE STATEMENT OF CLAIMS TO CAUSES AND CRIMES. ON 26 MAY 2020, DEFENDANT MARGARET SUSAN HILL COMMITTED ANOTHER ACT AT 11:10 A.M. WITH CO DEFENDANT JIMMIE RICHARDSON THAT CAUSE; SEE "STATEMENT OF CLAIMS TO CAUSES AND CRIMES. THE ABOVE NAMED DEFENDANTS CONSPIRED TO FALSIFY POLICE REPORT NUMBER 20THPD-03851, TO OVERWHELMINGLY CHARGE AND IMPRISON TERRYON GOLLIDAY, BY OMISSION OF EVIDENCE.

2. DEFENDANT: ANTHONY MAZZON ON 24 MAY 2020 AT 1200 S. CENTER STREET, TERRE HAUTE INDIANA 47807 HAD ACTED IN A MANNER THAT CAUSE, SEE STATEMENT OF CLAIMS TO CAUSES AND CRIMES. BY OVER- REACTING TO SITUATION AT HAND, WITH THE USE OF FORCE CONTINUUM NOT CONSIDERED. ALSO ON 24 MAY 2020 BUT AT 2024 HOURS (8:24 P.M.) ANTHONY MAZZON, AT 1211 WABASH AVE. TERRE HAUTE, INDIANA 47807 MADE FALSE STATEMENTS, IN REPORT NUMBER 20THPD-03851, AND CONSPIRED TO OMIT EVIDENCE; SEE "THE STATEMENT OF CLAIMS TO CAUSES AND CRIMES" FOR FURTHER DETAILS OF ACTS BY DEFENDANT WHICH CAUSE OVERWHELMINGLY CHARGES. AND FALSE IMPRISONMENT OF TERRYON GOLLIDAY

B. STATEMENT OF CLAIMS CONTINUED:

3. DEFENDANT: ADAM NOEL ON 24 MAY 2020 AT 1200 S. CENTER ST. HAD ACTED IN A MANNER THAT CAUSE; SEE (THE STATEMENT OF CLAIMS TO CAUSES, AND CRIMES), ADAM NOEL KNOWINGLY MADE FALSE STATEMENTS, OMISSION OF VITAL FACTS AND EVENTS IN THE NARRATIVE OF POLICE REPORT 20THPD-03851, TO OVERWHELMINGLY CHARGE, PROSECUTE, AND IMPRISON TERRYON.

4. DEFENDANT: ALAN JAMES ON 24 MAY 2020 AT 1200 S. CENTER ST., HAD ACTED IN A MANNER THAT CAUSE; SEE (THE STATEMENT OF CLAIMS TO CAUSES, AND CRIMES.) ALAN JAMES KNOWINGLY MADE FALSE STATEMENTS, OMISSION OF VITAL FACTS, AND EVENTS IN THE NARRATIVE OF POLICE REPORT 20THPD-03851, TO OVERWHELMINGLY CHARGE, PROSECUTE, AND IMPRISON TERRYON.

5. DEFENDANT: JIMMIE RICHARDSON ON MAY 24 2020 AT 7:45 P.M. AT THE LOCATION OF 1211 WABASH AVE., TERRE HAUTE, INDIANA 47807 ACTED IN A MANNER THAT CAUSE, SEE (THE STATEMENT OF CLAIMS TO CAUSES, AND CRIMES) WITH CO DEFENDANTS MARGARET SUSAN HILL, AND C. CARRERA, KNOWINGLY MADE FALSE STATEMENTS, OMISSION OF VITAL FACTS, AND EVENTS, JIMMIE FALSIFIED DOCUMENTS, COMPRIMISED EVIDENCE, OMITTED EVIDENCE, ATTEMPTED TO CONCEAL EVIDENCE, COMITTED PERJURY IN REPORT 20THPD-03851 TO OVER CHARGE, PROSECUTE, AND IMPRISON TERRYON.

B. STATEMENT OF CLAIMS CONTINUED.

5. ON 24 MAY 2020 2023 HOURS / 8:23 PM JIMMIE RICHARDSON AUTHORS FALSE AFFIDAVIT OF PROBABLE CAUSE FOR WARRANTLESS ARREST OF TERRYON GOLLIDAY, WHICH ITSELF CONTAINS FALSE STATEMENTS. ON 26 MAY 2020 11:10 A.M. AT 1211 WABASH AVE. TERRE HAUTE INDIANA 47807 DEFENDANTS MARGARET SUSAN HILL AND JIMMIE RICHARDSON COMMIT THE ACTS OF EVIDENCE TAMPERING, AND FALSIFYING DOCUMENTS BY OMISSION OF DESCRIPTION OF PHONE BEING SEARCHED ON TERRE HAUTE POLICE DEPARTMENT CONSENT TO SEARCH (CELL PHONES, TABLETS, OR OTHER DIGITAL / DATA DEVICES) AS REQUIRED BY DOCUMENT.

6. DEFENDANT: C CARRERA ON 24 MAY 2020 7:45 P.M. AT THE LOCATION 1211 WABASH AVE. TERRE HAUTE, INDIANA 47807 ACTED IN A MANNER THAT CAUSE; SEE (STATEMENT OF CLAIMS TO CAUSES, AND CRIMES) WITH CO DEFENDANTS MARGARET SUSAN HILL AND JIMMIE RICHARDSON CONSPIRE TO MAKE FALSE STATEMENTS, OMITTED FACTS, AND EVENTS THAT ARE CRUCIAL TO THE TRUTHFULNESS OF POLICE REPORT 20THPD-03851 TO OVERWHELMINGLY OVER CHARGE, PROSECUTE, AND IMPRISON TERRYON GOLLIDAY.

7. DEFENDANT SCOTT MARSHALL. ON 24 MAY 2020 ACTED IN A MANNER THAT CAUSE: SEE (STATEMENT OF CLAIMS TO CAUSES, AND CRIMES) WITH CO DEFENDANT ANTHONY MAZZON, BY ALLOWING THE FALSE STATEMENTS, OMISSION OF EVIDENCE DOCUMENTATION, OMISSION OF VITAL EVENTS TO BE ENTERED

7

B. STATEMENT OF CLAIMS CONTINUED

7. AND BECOME PART OF REPORT NUMBER 20THPD-03851 BY PROVIDING THE APPROVAL TO CONTINUE AS FACT OF SUBORDINATE ANTHONY MAZZON.

8. DEFENDANT TODD HALLER ON 24 MAY 2020, ACTED IN A MANNER THAT CAUSE, SEE (STATEMENT OF CLAIMS TO CAUSES AND CRIMES) WITH CO-DEFENDANTS ALAN JAMES, ADAM NOEL, AND OTHER NAMED DEFENDANTS TO CONSPIRE THE CONTINUATION OF EVENTS, DOCUMENTS, FALSE STATEMENTS OF REPORT 20THPD-03851 BY REVIEWING, AND AUTHORIZING THE FALSEHOODS OF HALLER'S SUBORDINATES. REASONING TO OVERWHELMINGLY IMPRISON, AND PROSECUTE TERRYON GOLLIDAY.

9. DEFENDANT MATTHEW RAINS, ON 24 MAY 2020 ACTED IN A MANNER THAT CAUSE, SEE (STATEMENT OF CLAIMS TO CAUSES AND CRIMES) AN EXTREME ABUSE OF PROCESS BY NOT VERIFYING CLAIMS OF EVENTS STATED BY OUT OF CONTROL SUBORDINATES AND CODEFENDANTS JIMMIE RICHARDSON, AND C. CARRERA BY APPROVING, AUTHORIZATION OF, AND CONTINUING THE FALSIFICATION OF POLICE REPORT 20THPD-03851. REASONING TO OVERWHELMINGLY CHARGE, PROSECUTE MALICIOUSLY, AND IMPRISON TERRYON GOLLIDAY

10. DEFENDANT BRIAN BOURBEAU, ACTED IN A MANNER ON 28 MAY 2020 AT 1013 HOURS (10:13 AM) THAT CAUSE (SEE STATEMENT OF CLAIMS TO CAUSES AND CRIMES) AN ABUSE OF PROCESS BY AT LEAST MAKING FALSE STATE

8

B. STATEMENT OF CLAIMS CONTINUED

10. MENTS, MAKING CLAIMS OF, AND DESCRIPTIONS OF EVENTS IN REPORT NUMBER 20THPD-03851, THAT BRIAN BOURBEAU WAS NOT PRESENT TO WITNESS, ACCORDING TO REPORT 20THPD-03851. REASONING: TO CONSPIRE WITH OTHER NAMED DEFENDANTS TO OVERWHELMINGLY, CHARGE, MALICIOUSLY PROSECUTE, FALSELY ARREST, AND OVER IMPRISON TERRYON GOLLIDAY.

11. DEFENDANT KEVIN BARRETT, ACTED IN A MANNER ON 28 MAY 2020 THAT CAUSE (SEE STATEMENT OF CLAIMS TO CAUSES AND CRIMES), "THE CONTINUATION OF FALSE STATEMENTS BY SUBORDINATE BRIAN BOURBEAU BY REVIEWING, AND ADMITTING TO FURTHER FALSIFY POLICE REPORT THPD-03851 BY ALLOWING BRIAN BOURBEAU'S REPORT TO CONTINUE AS PART OF THPD-03851. THE REASONING WAS, AND IS TO OVERWHELMINGLY CHARGE, MALICIOUSLY PROSECUTE, FALSELY ARREST, AND OVERLY IMPRISON TERRYON GOLLIDAY.

12. DEFENDANT K. REDMAN ACTED IN A MANNER ON 24 MAY 2020 1314 HOURS (1:14 PM) CALL #00046687 THAT CAUSE ACCELERATED CHAIN OF EVENTS TO OCCUR BECAUSE OF FALSE STATEMENTS (SEE STATEMENT OF CLAIMS TO CAUSES, AND CRIMES) WHICH OCCURED FROM 201 CHERRY ST. TERRE HAUTE, INDIANA 47807, TO PERSONS AT AND OR GOING TO 1200 S. CENTER ST. TERRE HAUTE, INDIANA

9

B. STATEMENT OF CLAIMS CONTINUED

12. 47807 THAT ALSO RESULTED IN INJURY. REASONING; TO OVERWHELMINGLY CHARGE, ARREST, PROSECUTE, AND IMPRISON TERRYON GOLLIDAY

13. DEFENDANT K. MERRITT ON 24 MAY 2020 1321:56 (1:21PM, AND 56 SECONDS) AT 201 CHERRY ST. TERRE HAUTE, INDIANA 47807 ACTED IN A MANNER THAT CAUSE (SEE STATEMENT OF CLAIMS TO CAUSES, AND CRIMES), INJURY CONTINUING OF FALSE STATEMENTS, BY OMISSION OF VERIFYING FACTS TO OTHER NAMED DEFENDANTS. REASONING; TO OVERWHELMINGLY CHARGE, ARREST, PROSECUTE, AND IMPRISON TERRYON GOLLIDAY.

14. DEFENDANT CITY OF TERRE HAUTE, INDIANA, ACTED IN A MANNER AT 1200S CENTER ST. TERRE HAUTE, INDIANA 47807 BY HAVING INADEQUATE-LY TRAINED, DISCIPLINED, AND SUBSTANTIALLY UNDEREQUIPPED OFFICERS RESPOND TO AN INCIDENT THAT CAUSE AN OVERREACTION, AND ABUSES OF PROCESS, AND COMMIT, AND OR ALLOW (SEE STATEMENT OF CLAIMS TO CAUSES, AND CRIMES) OUT OF CONTROL EMPLOYEES EXTREMELY ESCALATE A SIMPLE SITUATION.

## STATEMENT OF CLAIMS TO CAUSES AND CRIMES

A BLATANT ABUSE OF PROCESS, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, EMOTIONAL INSTABILITY, DEFAMATION OF CHARACTER, AGGREVATION OF DISABILITIES, HOMELESSNESS, FINANCIAL HARDSHIP, FOOD POISONING, LOSS OF INCOME, LOSS OF LIVELYHOOD, LOSS OF CONSTITUTIONAL PROPERTY, LOSS OF PATENTS, LOSS OF COMPUTER SOFTWARE, LOSS OF VITAL EVIDENCE OF PENDING CASES, LOSS OF RARE COINS, AND CURRENCY (SILVER NOTES), LOSS OF LEGAL SELF PROTECTIONS, LOSS OF BANKING, LOSS OF BANKING ACCOUNT, GAIN OF EXCESSIVE BANK FINES AND FEES, EXCESSIVE DEPARTMENT OF MOTOR VEHICLE REGISTRATION FINES, AND FEES, LOSS OF 4TH AMENDMENT RIGHT, LOSS OF 2ND AMENDMENT RIGHTS, LOSS OF VOTING RIGHTS, DENIAL OF ATTORNEY CLIENT COMMUNICATIONS, REDUCTION OF HEALTH STANDARD, INVASION OF PRIVACY, LOSS OF 6TH AMENDMENT RIGHT, REDUCTION OF FITNESS LEVEL, INCREASED EXPOSURE TO LIFE THREATENING BIO HAZARDS, DISEASES, VIRUSES, MRSA, AIDS, COVID-19, METHANE GAS EXPOSURE, IDENTITY THEFT, COLLECTOR CAR LOSS,

### CRIMES

FALSE ARREST, FALSE IMPRISONMENT, VIOLATE 2ND, 6TH, AND 14TH AMENDMENT, OVERREACTION, OF USE OF FORCE CONTINUUM, FALSIFY DOCUMENTS, OBSTRUCTION, CONSPIRE TO STEAL EVIDENCE, CONCEAL EVIDENCE OMISSION OF EVIDENCE, INVASION OF PRIVACY, ANIMAL ENDANGERMENT, FAILURE TO PROTECT CRIME SCENE, BIASED EVIDENCE COLLECTION, FALSE STATEMENTS, BANK FRAUD, PROPERTY DAMAGE, PERJURY, THEFT OF EVIDENCE, DEPARTMENT OF TREASURY THEFT, V.A. THEFT, AMMUNITION THEFT, CREDIT CARD THEFT, OFFICIAL MISCONDUCT, MALICIOUS PROSECUTION

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

PLAINTIFF WOULD LIKE TO BE AWARDED ACTUAL DAMAGES, COMPENSATIONAL DAMAGES, AND PUNITIVE DAMAGES PER DEFENDANTS FOR THEIR ATYPICAL BEHAVIOR THAT CAUSE FOR PLAINTIFF TO SUFFER SIGNIFICANT HARDSHIP DURING THE COURSE OF THE ABUSE OF PROCESS, FALSE ARREST, FALSE IMPRISONMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND DEFAMATION OF CHARACTER THAT IN VIOLATION OF PLAINTIFF'S FEDERAL DUE PROCESS RIGHT. GRAND TOTAL IS 15,500,000.00 PER DEFENDANTS.

E.   **JURY DEMAND**

☒   Jury Demand – I want a jury to hear my case
         OR

☐   Court Trial – I want a judge to hear my case

Dated this __4TH__ day of __DECEMBER__ 20__20__.

Respectfully Submitted,

__Terryon Holliday__
Signature of Plaintiff

__32946__
Plaintiff's Prisoner ID Number

__201 CHERRY ST. TERRE HAUTE, INDIANA 47807__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5